# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **RASHAD LEE, AIS #213823,** : | |
| Plaintiff, : | |
| : | |
| vs. : | **CIVIL ACTION NO. 10-00661-KD-N** |
| : | |
| **WALTER MYERS,** *et al.*, : | |
| Defendants. : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636 and dated November 29, 2011, is hereby **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that this action is **DISMISSED with prejudice** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief can be granted.

**DONE** and **ORDERED** this the **21**st day of **December 2011.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**